1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   PETER FRITZ,

11          Plaintiff,                    No. CIV S-08-2340 LKK DAD PS

12          v.

13   JOHN E. POTTER, Postmaster General,  ORDER DIRECTING CLERK TO
     United States Postal Service,        SEND MATERIALS FOR SERVICE
14                                         AND REQUIRING SERVICE BY
            Defendant.                     UNITED STATES MARSHAL
15   _____/

16          This action arises from the settlement agreement approved in Chandler Glover &

17   Dean Albrecht, et al. v. John E. Potter, Postmaster General, United States Postal Service, EEOC

18   No. 320-A2-8011X, Agency No. CC-801-0015-99.  Plaintiff, a class member dissatisfied with

19   the settlement, pursued an unsuccessful administrative appeal and now seeks judicial relief.  By

20   order filed November 12, 2008, plaintiff's application to proceed in forma pauperis was granted,

21   and plaintiff's complaint was dismissed with leave to amend.  In compliance with the order,

22   plaintiff has filed a timely amended complaint.

23          IT IS HEREBY ORDERED that:

24          1.  The Clerk of the Court is directed to issue process and send plaintiff an

25   instruction sheet for service of process by the United States Marshal, one USM-285 form, one

26   summons, and one endorsed copy of plaintiff's amended complaint filed December 8, 2008.

                                         1

2.  Plaintiff shall submit the properly completed forms, the number of copies of the amended complaint required by Federal Rule of Civil Procedure 4(i), and one copy of this order directly to the office of the United States Marshal within thirty (30) days after this order is served.

3.  Within ten (10) days after submitting the materials for service to the United States Marshal, plaintiff shall prepare and file with the Clerk of the Court a declaration in which he states the date on which he submitted all required documents to the office of the United States Marshal.  Failure to file the required declaration may result in an order imposing sanctions.

4.  Within thirty (30) days after receiving all necessary materials from the plaintiff, the United States Marshal is directed to serve process on defendant John E. Potter.

DATED: December 10, 2008.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\fritz2340.amcompl.serve

2