IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PETER FRITZ,

      Plaintiff,                                No. CIV S-08-2340 LKK DAD PS

    vs.

JOHN E. POTTER, Postmaster General,
United States Postal Service,           ORDER TO SHOW CAUSE

      Defendant.
_____/

        Plaintiff is proceeding pro se and in forma pauperis. By order filed and served December 10, 2008, plaintiff was provided with materials and instructions for service of process on the defendant. Plaintiff was ordered to submit all required materials to the United States Marshal within thirty days after the order was served. Plaintiff was further ordered to file a statement, within ten days after submitting the required materials to the Marshal, advising the court of the date upon which he submitted the materials to the Marshal.

        Plaintiff's time for submitting the required materials to the Marshal expired on January 12, 2009, thirty days after the order was served by the Clerk plus the three additional days that are granted when documents are served by mail. See Fed. R. Civ. P. 6(d). At the very latest, plaintiff's time for filing a statement with the court expired on January 22, 2009, ten days

1

1  after January 12, 2009.  See Fed. R. Civ. P. 6(a)(2) & (3).  As of February 5, 2009, plaintiff had
2  not filed a statement indicating the date on which he submitted all required materials to the
3  Marshal for service on defendant.
4        IT IS HEREBY ORDERED that plaintiff shall show cause in writing, within ten
5  days after this order is filed, why this case should not be dismissed for lack of prosecution.  The
6  written response must be accompanied by plaintiff's statement advising the court of the date on
7  which he submitted all required materials to the United States Marshal.  Plaintiff is cautioned
8  that failure to comply with this order in a timely manner will result in a recommendation that the
9  district judge assigned to this case dismiss the action without prejudice for lack of prosecution.
10 DATED: February 6, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1/orders.pro se/fritz2340.osc

2