IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PETER FRITZ,

       Plaintiff,                 No. CIV S-08-2340 LKK DAD PS

       vs.

JOHN E. POTTER, Postmaster General,
United States Postal Service,       ORDER

       Defendant.

_____/

      On February 6, 2009, the court ordered plaintiff to show cause why this case should not be dismissed for lack of prosecution.  Plaintiff has filed a timely response that includes a statement regarding the date on which he submitted materials to the United States Marshal for service of process.  In addition, the United States Marshal has now filed a return of service executed.  Good cause appearing, IT IS HEREBY ORDERED that the court's February 6, 2009 order to show cause (Doc. No. 9) is discharged.

DATED: February 24, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1/orders.pro se/fritz2340.osc.dsch